1  MARC V. KALAGIAN
   ATTORNEY AT LAW: 149034
2  ROHLFING & KALAGIAN, LLP
   211 EAST OCEAN BLVD., SUITE 420
3  LONG BEACH, CA 90802
   562/437-7006
4  FAX: 562/432-2935
   Email: marckalagian_rohlfinglaw@hotmail.com

5  ATTORNEYS FOR PLAINTIFF

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| JUAN SAMARRIPA,                          ) | Case No.: CV 08-7293 MAN |
|                                          ) | |
|         Plaintiff,                       ) | [PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
|     vs.                                  ) | |
| MICHAEL J. ASTRUE,                       ) | |
| Commissioner of Social Security,         ) | |
|         Defendant.                       ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Marc V. Kalagian, as Plaintiff's assignee and subject to the reservation of rights, the amount of TWO THOUSAND NINE HUNDRED DOLLARS ($2,900.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE: May 17, 2010

_____
THE HONORABLE MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

-1-